UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-1803-G (BF) |
| OFFICER CHRISTOPHER LEE ) | |
| HOUSTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The motion of defendant Officer Christopher Houston for summary judgment (docket entry 33) is **GRANTED**.

**SO ORDERED**.

October 19, 2011.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**