UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES MITCHELL,            )<br>                                             )<br>         Plaintiff,                 )<br>                                             )<br>VS.                                      )<br>                                             )<br>OFFICER CHRISTOPHER LEE )<br>HOUSTON, ET AL.,            )<br>                                             )<br>         Defendants.            ) | CIVIL ACTION NO.<br><br>3:10-CV-1803-G (BF) |

## ORDER ACCEPTING FINDING, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge. Objections were filed. The district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled.

The case is **DISMISSED** without prejudice as to the three unnamed defendant police officers.

**SO ORDERED**.

November 8, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**